1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| ALMA BELL, an individual, | CASE NO.: 2:16-cv-07085-JFW-MRW |
|---|---|
| Plaintiff, | [~~XXXXXXXX~~] [PROPOSED] JUDGMENT OF DISMISSAL |
| v. | |
| WELLS FARGO & COMPANY, a California corporation; WELLS FARGO BANK, N.A., a national association; and DOES 1 through 50, inclusive, | [*Assigned to the Honorable John F. Walter*] |
| Defendants. | |

1    On November 10, 2016, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") dismissing the Complaint in its entirety.

    Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and

3. Plaintiff, Alma Bell will recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: November 18, 2016

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE